# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                               NO. 4:12CR00167-01 JLH

JULIAN CALVIN DINNWIDDIE                                                                 DEFENDANT

## ORDER

Pending before the Court is the government's motion for one day continuance of the trial of this matter previously scheduled for July 8, 2013. Without objection, the motion is GRANTED. Document #24.

IT IS THEREFORE ORDERED that this matter is rescheduled for trial to a jury to begin at **9:15 a.m. on TUESDAY, JULY 9, 2013**, in Little Rock, Arkansas. Counsel are to be present by 8:30 a.m. for pretrial matters. Jury instructions should be electronically submitted to the Court by **July 2, 2013**, in WordPerfect format to jlhchambers@ared.uscourts.gov.

IT IS SO ORDERED this 26th day of June, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE